IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-449-MA |
| Plaintiff, | ORDER AUTHORIZING MARRIAGE OF DEFENDANT WHILE INCARCERATED AT COLUMBIA COUNTY JAIL |
| v. | |
| REYMUNDO ESCALERA-SOLIS, | |
| Defendant. | |

TO: COLUMBIA COUNTY SHERIFF'S DEPARTMENT and all other officers and employees thereof:

YOU ARE HEREBY AUTHORIZED to permit the defendant, Reymundo Escalera-Soliz, who is currently detained at Columbia County Jail, to participate in a marriage ceremony and for a minister, justice of the peace, or other official authorized by the jail to

PAGE 1.   ORDER AUTHORIZING MARRIAGE OF DEFENDANT WHILE INCARCERATED AT COLUMBIA COUNTY JAIL

visit with Mr. Escalera-Solis to conduct the marriage.

SO ORDERED this 23 day of December, 2010.

*Malcolm F. Marsh*
The Honorable Malcolm F. Marsh
Sr. U.S. District Court Judge

Presented by:

/s/ Alison M. Clark
Alison M. Clark, Attorney for Defendant

PAGE 2.   ORDER AUTHORIZING MARRIAGE OF DEFENDANT WHILE INCARCERATED AT COLUMBIA COUNTY JAIL